# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS, | CV F 05-1097 OWW NEW (DLB) P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION REGARDING MOTION FOR SUMMARY JUDGMENT (Doc. 16.) |
| BAKEMAN, et. al., | |
| Defendants. | |

David D. Harris ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on August 26, 2005. Plaintiff names Dr. Bakeman and Warden Yates as Defendants.

On November 2, 2006, the Court dismissed the Complaint with leave to amend. Plaintiff submitted an Amended Complaint on November 22, 2006, which is pending before the Court.

On January 11, 2007, Plaintiff filed a Motion for Permanent Injunction requesting that the Court issue an Injunction because the Defendants are creating a "false crime occurrence" against he plaintiff in the form of threats, lack of feeding, etc. The Court issued Findings and Recommendations to deny the Motion on January 17, 2007. The Findings are pending before the District Court.

On January 29, 2007, Plaintiff filed a Motion for Summary Judgment. Plaintiff states that the facts are not in dispute by the Defendants and thus, summary judgment is warranted.

Plaintiff was informed in the Informational Order served on him by the Court that the Court must initially screen the case to determine whether it states a cognizable claim for relief. After screening, if the Court finds that there are cognizable claims for relief, the Court will Order

1 Plaintiff to complete and submit forms so that the U.S. Marshal can serve Defendants with Plaintiff's Complaint. Only then will the Defendants make an appearance and file an Answer.

Here, however, as no screening has yet taken place, there has been no service of the Complaint on the Defendants and Defendants have not yet appeared in the action. Thus, any Motion for Summary Judgment is premature.

The Court recognizes that Plaintiff wishes this action to proceed speedily. However, the Court has hundreds of similar cases pending that also require the Court's time and attention. As such, the Court proceeds with the cases in the order that they are filed. Plaintiff can rest assured that the Court has not forgotten about his case nor is it lost. The Court will proceed with the screening in due course. Plaintiff is advised to keep the Court apprised of his current address so as to receive all orders or pleadings filed in the case.

Accordingly, the Court RECOMMENDS that the Motion for Summary Judgment be DENIED without prejudice as premature.

The Court HEREBY ORDERS that these Findings and Recommendations be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within TWENTY (20) days after being served with a copy of these Findings and Recommendations, any party may file written Objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the Objections shall be served and filed within TEN (10) <u>court</u> days (plus three days if served by mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file Objections within the specified time may waive the right to appeal the Order of the District Court. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **February 21, 2007**      **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

2