UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS, | 1:05-cv-01097-LJO-NEW-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 14) |
| vs. | |
| BAKEMAN, et al., | **ORDER DENYING MOTION FOR PERMANENT INJUNCTION** (Doc. 13) |
| Defendants. / | |

David D. Harris ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 17, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On January 29, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. |
| 2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a |
| 3 | <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the |
| 4 | entire file, the Court finds the Findings and Recommendation to |
| 5 | be supported by the record and by proper analysis. |
| 6 | Accordingly, IT IS HEREBY ORDERED that: |
| 7 | 1. The Findings and Recommendation, filed January 17, |
| 8 | 2007, are ADOPTED IN FULL; and, |
| 9 | 2. Plaintiff's Motion for Permanent Injunction, filed |
| 10 | January 11, 2007, is DENIED. |
| 11 | IT IS SO ORDERED. |
| 12 | **Dated:   April 12, 2007**              /s/ Lawrence J. O'Neill |

                                    UNITED STATES DISTRICT JUDGE