# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS, | CASE NO. 1:05-cv-01097-LJO-NEW (DLB) PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO CMC IN SAN LUIS OBISPO |
| v. | |
| BAKEMAN, et al., | (Doc. 33) |
| Defendants. | |

On July 23, 2007, plaintiff filed a second amended complaint and listed his address in the corner of the pleading as the California Men's Colony in San Luis Obispo. However, plaintiff did not file a notice of change of address and his address of record with the court is Pleasant Valley State Prison. The court will direct the Clerk's Office to change plaintiff's address of record. However, plaintiff is warned that it is his duty to notify the court of any changes in his address. Local Rule 83-182(f). Due to the volume of mail received and processed by this court, the mere inclusion of a new address on a filing is insufficient to notify the Clerk's Office of an address change. <u>Plaintiff must file a document entitled Notice of Change of Address whenever his address changes</u>.

///
///
///
///
///

1

1 | Based on the foregoing, the Clerk's Office shall change plaintiff's address of record to the
2 | California Men's Colony in San Luis Obispo.

4 | IT IS SO ORDERED.
5 | Dated:   **August 20, 2007**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE