UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>BAKEMAN, et al.,<br><br>        Defendants. | 1:05-cv-01097-LJO-GSA-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 35)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANT** |

    Plaintiff, David D. Harris ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 23, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 23, 2007, are ADOPTED IN FULL;

2. This action proceed on plaintiff's second amended complaint, filed July 23, 2007, against defendant Bakeman in his individual capacity on plaintiff's Eighth Amendment medical care claim arising from the placement of plaintiff in a regular cell while he was actively bleeding;

3. Plaintiff's claims against defendants Bakeman and Yates arising from defendant Bakeman's failure to place him into a particular program, and defendants Bakeman and Yates' failure to provide him with help is DISMISSED for failure to state a claim under section 1983;

4. Plaintiff's claim against defendant Bakeman in his official capacity is DISMISSED, with prejudice, as barred by the Eleventh Amendment; and,

5. Defendant Yates is DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against him.

IT IS SO ORDERED.

**Dated:　October 31, 2007**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE