# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>BAKEMAN, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-01097-LJO-GSA-PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 33) |

Plaintiff David D. Harris ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 26, 2005. On November 2, 2006, the court dismissed plaintiff's complaint, with leave to amend, for failure to state a claim. Plaintiff filed an amended complaint on November 22, 2006, and on June 27, 2007, the court dismissed plaintiff's amended complaint for failure to state a claim and granted plaintiff one final opportunity to amend. Plaintiff filed a second amended complaint on July 23, 2007. On August 23, 2007, the undersigned issued findings and recommendations, finding the second amended complaint states a cognizable claim for relief under section 1983 against defendant Bakeman in his individual capacity for allegedly violating the Eighth Amendment by knowingly placing plaintiff in a regular cell without medical attention while he was actively bleeding. Rhodes v. Chapman, 452 U.S. 337, 347 (1981); Toguchi v.

Chung, 391 F.3d 1051, 1057; Farmer v. Brennan, 511 U.S. 825, 834 (1994); McGuckin v. Smith, 974 F.2d 1050, 1059 (9th Cir. 1992). The findings and recommendations were adopted in full by the District Judge on October 31, 2007.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    DR. BAKEMAN

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed July 23, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for defendant Bakeman; and

    c. Two (2) copies of the endorsed Second Amended Complaint filed July 23, 2007.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **November 7, 2007**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE