IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>BAKEMAN, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01097-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATION<br>(Doc. 50)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT<br>(Doc. 45.) |

David D. Harris ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 25, 2008, findings and recommendations were entered, recommending denial of plaintiff's motion for summary judgment. (Doc. 50.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on April 25, 2008, are ADOPTED in full;

1

2. Plaintiff's second motion for summary judgment, filed January 2, 2008, is DENIED as premature and for defective service; and

3. This action is REFERRED back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: May 28, 2008         /s/ Lawrence J. O'Neill
                            UNITED STATES DISTRICT JUDGE