IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David D. Harris, | ) | No. 1:05-cv-01097-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bruce M. Bakeman, et al. | ) | |
| Defendants. | ) | |

The Court has reviewed Plaintiff's Motion for Alternative Dispute Resolution.

IT IS ORDERED denying Plaintiff's Motion for Alternative Dispute Resolution without prejudice to refile after the Court has ruled on Defendant's Motion for Summary Judgment. (Doc. 54).

DATED this 5th day of February, 2009.

_____
Susan R. Bolton
United States District Judge