IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David D. Harris,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bruce M. Bakeman, et al.<br><br>　　　　Defendants. | No. 1:05-cv-01097-SRB<br><br>**ORDER** |

　　　　The Court has considered Defendant's Request for an Extension of Time to File Dispositive Motion.

　　　　IT IS ORDERED granting Defendant's Request for an Extension of Time. Defendant's Motion for Summary Judgment filed on January 23, 2009 shall be deemed filed. (Doc. 56).

　　　　　　DATED this 5th day of February, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　United States District Judge