IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| David D. Harris, | ) | No. 1:05-CV-01097-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Bruce M. Bakeman, et al., | ) | |
| Defendants. | ) | |

The Court has considered Plaintiff's Request for a 30 Day Extension to respond to Defendant's Motion for Summary Judgment and Defendant's Non-Opposition to Plaintiff's Request for an Extension of Time. Without opposition;

IT IS ORDERED granting Plaintiff's Request for a 30 Day Extension. (Doc. 62).

IT IS FURTHER ORDERED that Plaintiff shall file his response to Defendant's Motion for Summary Judgment no later than **April 3, 2009**.

DATED this 9th day of March, 2009.

_____
Susan R. Bolton
United States District Judge