IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| David D. Harris,<br><br>    Plaintiff,<br><br>vs.<br><br>Bruce M. Bakeman, et al.,<br><br>    Defendants. | No. 1:05-CV-01097-PHX-SRB<br><br>**ORDER** |

On March 9, 2009 this Court granted Plaintiff his requested 30 day extension to respond to Defendant's Motion for Summary Judgment. On March 20, 2009 Plaintiff requested a 60 day extension claiming he did not have his legal property and therefore was unable to properly respond to Defendant's motion.

Defendant filed a Non-Opposition to Plaintiff's Second Request for an Extension of Time and advised the Court therein that Plaintiff's transfer was a temporary one to a medical facility and he has since returned to the California State Prison - Sacramento where his legal materials remained during his brief transfer to the medical facility.

IT IS ORDERED granting Plaintiff's Request for an Extension. The due date for his response is **June 1, 2009**. (Doc. 65).

IT IS FURTHER ORDERED denying as moot Plaintiff's request for an order regarding his legal property.

DATED this 2nd day of April, 2009.

_____
Susan R. Bolton
United States District Judge